AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Breuckelen Distilling Company, Inc.
was received by me on *(date)* 10/27/2010.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Brad Estabrooke, who is
designated by law to accept service of process on behalf of *(name of organization)* Breuckelen
Distilling Company Inc. on *(date)* 10/27/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

State of
County of
NY

Date: 11/2/2010

Server's signature

Timothy M. Botti, Process Server
Printed name and title

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

DLS
401 Broadway, Suite 510, NY, NY 10013
Server's address

Additional information regarding attempted service, etc:



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BROOKLYN DISTILLING COMPANY LLC

      Plaintiff                                              Civil Action No. CV10-4903

      v.                                                     AFFIDAVIT OF SERVICE

BREUCKELEN DISTILLING COMPANY
INC. and BRAD ESTABROOKE

      Defendant
-------------------------------------------------------X
STATE OF NEW YORK )
                       S.S.:
COUNTY OF NEW YORK)

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 27th day of October, 2010, at approximately 12:15 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 CORPORATE DISCLOSURE STATEMENT, CIVIL COVER SHEET, INDIVIDUAL MOTION PRACTICES OF JUDGE NINA GERSHON and MAGISTRATE JUDGE ROBERT M. LEVY** upon **BREUCKELEN DISTILLING COMPANY INC.** at 77 19th Street, Brooklyn, NY, by personally delivering and leaving the same with **BRAD ESTABROOKE**, who informed deponent that he is a President authorized by appointment to receive service at that address.

        Brad Estabrooke is a white male, approximately 37 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 165 pounds with short brown hair and dark eyes.

_____
TIMOTHY M. BOTTI, # 843358

Sworn to before me this
1st day of November, 2010

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BROOKLYN DISTILLING COMPANY LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV10-4903 |
| BREUCKELEN DISTILLING COMPANY INC. and BRAD ESTABROOKE | ) LEVY M.J. |
| *Defendant* | ) GERSHON, J |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    BREUCKELEN DISTILLING COMPANY INC.
    77 19th Street
    Brooklyn, NY 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Richard M. Resnik (rresnik@seyfarth.com)
    SEYFARTH SHAW LLP
    620 Eighth Avenue
    New York, New York 10018-1405
    (212) 218-5500 (Telephone)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: OCT 25 2010

CLERK OF COURT
ROBERT C. HEINEMANN

*Signature of Clerk or Deputy Clerk*