UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN DISTILLING COMPANY LLC,

                    Plaintiff,

          v.

BREUCKELEN DISTILLING COMPANY INC.
and BRAD ESTABROOKE,

                  Defendants.

CV 10-4903 (NG)(RML)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

      Please enter the appearance of the undersigned attorney as a counsel of record for the

Defendants in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 17, 2010

                         Respectfully submitted,

                         Orrick, Herrington & Sutcliffe LLP

                         By: /s/ Alex V. Chachkes
                            Alex V. Chachkes

                         Orrick, Herrington & Sutcliffe LLP
                         51 West 52nd Street
                         New York, NY 10019-6142
                         Telephone:    (212) 506-5000
                         Facsimile:    (212) 506-5151

                         Attorneys for Defendants Breuckelen Distilling
                         Company Inc. and Brad Estabrooke.