
**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

April 22, 2011

Joseph A. Sherinsky
(212) 506-5007
jsherinsky@orrick.com

*VIA ECF*

Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Brooklyn Distilling Co. LLC v. Breuckelen Distilling Co. Inc., CV 10-4903
      (NG)(RML)(E.D.N.Y.)

Dear Judge Gershon:

   I write on behalf of Plaintiff and Defendants to seek an extension of time for the parties in this case to file a stipulation of discontinuance. The stipulation is due on April 25, 2011. This is the parties' first request for an extension, and all parties consent to this extension. We respectfully request that the Court extend the deadline to file the stipulation to May 16, 2011.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendants

By:   /s/ Joseph A. Sherinsky
      Joseph A. Sherinsky

cc:   Christopher C. Larkin, Esq. (via e-mail)
      Richard M. Resnik, Esq. (via e-mail)
      Eddy Salcedo, Esq. (via e-mail)