# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5600

Writer's e-mail
esalcedo@seyfarth.com

May 13, 2011

**VIA ECF**

Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Brooklyn Distilling Co. LLC v. Breuckelen Distilling Co. Inc., CV 10-4903 (NG)(RML)(E.D.N.Y.)

Dear Judge Gershon:

    I write on behalf of Plaintiff and Defendants to seek an extension of time for the parties in this case to file a stipulation of discontinuance. The stipulation is currently due on May 16, 2011, and all parties consent to this extension. We respectfully request that the Court extend the deadline to file the stipulation to June 6, 2011.

                            Respectfully submitted,

                            SEYFARTH SHAW LLP

                            Eddy Salcedo

cc:    Joseph A. Sherinsky, Esq. (via e-mail)
        Christopher C. Larkin, Esq. (via e-mail)
        Mark Ginsberg, Esq. (via e-mail)

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA